IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

AUG - 7 2007

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ROBERT C. WOOD, | § |
| Plaintiff, | § |
| V. | § CIVIL ACTION NO. H-06-2462 |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § |
| Defendant. | § |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Plaintiff's Motion for Summary Judgment (Document No. 12), and Defendant's cross Motion for Summary Judgment (Document No. 17). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Defendant's Motion for Summary Judgment (Document No. 17) be GRANTED, that Plaintiff's Motion for Summary Judgment (Document No. 12) be DENIED, and that the decision of the Commissioner of Social Security be AFFIRMED. No objections have been filed to the Magistrate's Recommendation. The Court, after having made a *de novo* determination of Plaintiff's Motion for Summary Judgment, Defendant's Motion for Summary Judgment, and the Memorandum and Recommendation, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge filed on July 11, 2007, which is adopted in its entirety as the opinion of this Court, that Defendant's Motion for Summary is GRANTED, and Plaintiff's Motion for Summary Judgment is DENIED.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 7TH day of August, 2007.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE